# UNITED STATES DISTRICT COURT

Northern                    District of                    Texas at Fort Worth

| UNITED STATES OF AMERICA V. | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

FREDDY PRECIADO

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 17-122-MAG | 4:17-MJ-809 (01) | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Other (specify)    ☐ Petition

charging a    21    U.S.C.    841 (a)(1) and (b)(1)(A)

**DISTRICT OF OFFENSE** Eastern District of Louisiana
~~WESTERN DISTRICT OF TEXAS/SAN ANTONIO~~

**DESCRIPTION OF CHARGES:**

Possession with intent to distribute controlled substance

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**    ☒ Retained Own Counsel    ☐ Federal Defender Organization    ☐ CJA    ☐ None

**Interpreter Required?**    ☒ No    ☐ Yes    Language: _____

**DISTRICT OF** _____

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

October 18, 2017
_____  _____
Date            Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |